THE PEOPLE OF THE CITY OF BUFFALO, Respondent, *v.* DETROIT STEEL PRODUCTS COMPANY, Appellant.

Argued December 3, 1951; decided January 24, 1952.

*Francis V. Cole, William M. Fay* and *Alexander C. Cordes* for appellant.

*Fred C. Maloney, Corporation Counsel* (*Aaron Weinstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.